# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
MARTIN and CAROL CHAMBERLIN,         *
et al.                               *
                                     *
            Plaintiffs,              *
                                     *   No. 04-1457L
       v.                            *   Filed: June 12, 2018
                                     *
UNITED STATES,                       *
                                     *
            Defendant.               *
                                     *
* * * * * * * * * * * * * * * * * *  *
```

## O R D E R

The court is in receipt of the parties' June 8, 2018 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, this court **ORDERS** that this case be **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**